1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kevin P.B. Johnson (Bar No. 177129)
2  kevinjohnson@quinnemanuel.com
   Ray Zado (Bar No. 208501)
3  rayzado@quinnemanuel.com
   Heather Belville McCarthy (Bar No. 262328)
4  heatherbelvillemccarthy@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California  94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7

8  Attorneys for Defendant SALESFORCE.COM

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

| BASCOM RESEARCH, LLC, a Virginia LLC, | CASE NO. 3:13-cv-02891-JCS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| SALESFORCE.COM, | |
| Defendant. | |

Pursuant to Civ. L. R. 6-1(a), Plaintiff Bascom Research LLC ("Plaintiff") and Defendant Salesforce.com ("Defendant"), by and through their respective counsel, hereby agree and stipulate that Defendant shall have up to and including August 15, 2013 to answer or otherwise respond to Plaintiff's Complaint.   This enlargement of time will not alter the date of any event or any deadlines already fixed by Court order.

///

///

///

///

///

///

1  DATED: July 12, 2013                QUINN EMANUEL URQUHART &
2                                       SULLIVAN, LLP
3
4                                       By:  /s/  *Kevin P.B. Johnson*
                                             Kevin P.B. Johnson
5
                                         Attorneys for Defendant
6                                        SALESFORCE.COM
7
8  DATED: July 12, 2013                RUSS AUGUST & KABAT, LLP
9
10
                                        By:  */s/ Dorian S. Berger (with permission)*
11                                           Dorian S. Berger
12                                       Attorneys for Plaintiff
                                         BASCOM RESEARCH, LLC
13
14
15
16  Dated: July 15, 2013

IT IS SO ORDERED
Judge Joseph C. Spero

1  I attest that concurrence in the electronic filing of this document has been obtained from
2  Plaintiff's counsel.
3
4  DATED: July 12, 2013                            /s/   *Heather Belville McCarthy*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28